# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA SKY STARR, *formerly known as* PAUL ANTHONY LYNCH, #BE6489,<br><br>                          Petitioner,<br><br>v.<br><br>JEFF LYNCH, et al.,<br><br>                          Respondents. | Case No.:  22-cv-455-MMA (BLM)<br><br>**ORDER:**<br><br>**(1) GRANTING MOTION FOR NAME CHANGE; AND**<br><br>[Doc. No. 7]<br><br>**(2) EXTENDING TIME TO FILE FIRST AMENDED PETITION** |

On April 4, 2022, Petitioner Paul Anthony Lynch ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, *see* Doc. No. 1 (the "Petition"), and paid the $5.00 filing fee, *see* Doc. No. 2.  On April 25, 2022, this Court dismissed Petitioner's case without prejudice for failing to name a proper respondent.  *See* Doc. No. 4 at 2.  In order to have this case reopened, Petitioner was required to file a First Amended Petition by July 5, 2022.  *Id.*

On May 8, 2023, Petitioner filed a Motion for Name Change.  Doc. No. 7.  Petitioner indicated that Petitioner's "gender is [now] female and not male," and that

Petitioner's new legal name is now Ciara Sky Starr.[1]  *Id.* at 1–2.  Petitioner requested that her new name appear on any further correspondence from the Court, and that "[i]f the name Paul Lynch appears on [any] envelope, [the] mail room will return [the mail] to the sender."  *Id.* at 1.  Good cause appearing, the Court hereby **GRANTS** Petitioner's Motion for Name Change and **DIRECTS** the Clerk of Court to update the docket.

In addition, as it appears that the Court's Order dismissing Petitioner's case without prejudice was returned as undeliverable, *see* Doc. No. 5, the Court hereby **EXTENDS** Petitioner's time to file a First Amended Petition correcting the errors outlined in the Court's April 25, 2022 Order.[2]  Accordingly, to have this case reopened, Petitioner must file a First Amended Petition that names a proper respondent on or before **July 12, 2023**.

For Petitioner's convenience, the Court **DIRECTS** the Clerk of Court to attach to this Order a copy of the Court's April 25, 2022 Order, Doc. No. 4, and a blank First Amended Petition pursuant to 28 U.S.C. § 2254 form.

**IT IS SO ORDERED**.

Dated:  May 12, 2023

_____
HON. MICHAEL M. ANELLO
United States District Judge

---

[1] Petitioner attached a Decree Changing Name and Order Recognizing Change of Gender from the Superior Court of California, County of Amador, that included her new name.  Doc. No. 7 at 2.

[2] To the extent Petitioner attempted to file an amended petition on May 8, 2023, *see* Doc. No. 6, the Petition is **DISMISSED WITOUT PREJUDICE** because it fails for the same reasons, as Petitioner did not name a new respondent.  In addition, it appears that Petitioner may have the belief that her Petition was dismissed for failure to pay the filing fee.  *See* Doc. No. 6 at 2.  As stated above, the Court acknowledges that Petitioner's fee has been paid.